IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CASSIUS PICKETT, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. |
| : | 7:07-CV-98 (HL) |
| J. DARRELL HART, et. al., : | |
| : | |
| Defendants. : | |
| : | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 20), which recommends granting Plaintiff's Motion to Amend (Doc. 17) and granting in part and denying in part Defendant's Motion to Dismiss[1] (Doc. 24). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Defendant's Objection and has made a de novo determination of the portion of the R&R to which Defendant objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 26th day of September, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc

---

[1] The Defendant's Motion to Dismiss (Doc. 24) was concerted into a Motion for Summary Judgment on November 28, 2007.