**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **CASSIUS EUGENE PICKETT,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:07-CV-98 (HL) |
| **J. DARRELL HART, et al,** | : | |
| Defendants | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 57) filed January 27, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the allotted time.

**SO ORDERED,** this the 22nd day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**